

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00391-CR

Richard Luis **AMEZQUITA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0622
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 13, 2018.

_____
Irene Rios, Justice